

# Marcy I. LaHart PA

249 SE Tuscawilla Road
Micanopy, FL 32667
352/545-7001
Fax: 888-400-1461
marcy@floridaanimallawyer.com


April 12, 2023


Tom Beeson Jr., Managing Agent
Lake Saunders Pointe Homeowners Association
1613 Lake Villa Drive
Tavares, FL 32788
*via email to: tbeeson@beesonenterprises.com*

Re: Walter Earnest

Dear Mr. Beeson:

I have been retained by Walter Earnest to assist him in opposing efforts by Lake Saunders Homeowners Association Inc. to force him to remove his dog Dora from his home. My client suffers from disabilities, both physical and mental, and relies upon Dora for emotional support that helps ameliorate the symptoms of his disabilities. I am attaching a letter from his medical health care provider, Physician's Assistant Christopher Rotondo verifying Mr. Earnest's disability related need to reside with Dora.

Because Dora is not merely a pet, but an emotional support animal, she may only be removed from the community if she poses a direct threat and Mr. Earnest has taken no action to mitigate or eliminate that threat. Mr. Earnest has enlisted the assistance of a professional trainer and is working with Dora daily. Additionally, Dora is no longer walked in the Lake Saunders Pointe community; Mr. Earnest loads her into his truck in his garage and takes her to an off-site dog park to exercise. Otherwise, Dora is only allowed outside to relieve herself while restrained by a harness and leash. My client would also be willing to muzzle Dora when she is outside of his home, even in her own yard.

I respectfully request that Lake Saunders Homeowners Association Inc. reconsider its directive that Dora must be removed. Before excluding an assistance animal, a housing provider must

make an individualized determination of whether the animal poses a direct threat, and in doing so must take into account whether the assistance animal's owner has taken any action that has reduced or eliminated the risk.  Mr. Earnest genuinely needs to continue living with Dora and will take any reasonable measure to ensure that there are no future incidents involving his emotional support animal, in addition to the measures he has already taken. I am happy to discuss this matter at your convenience.

Sincerely,

/s/ Marcy I. LaHart
Marcy I. LaHart