UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WALTER EARNEST,

    Plaintiffs,

v.     Case No. 5:23-cv-00339

LAKE SAUNDERS POINTE
HOMEOWNERS ASSOCIATION INC.,

    Defendants.

_____

### DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

____   IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

X    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that a copy of this Notice of Pendency of Other Actions will be served upon each party no later than fourteen days after appearance of the party.

DATED this 31st day of July 2023.

                              Respectfully submitted,

                              ***/s/ Jessica DeBono Anderson***
                              JESSICA DEBONO ANDERSON
                              **LEAD COUNSEL**

      Florida Bar No: 58503
      BARRY A. POSTMAN
      Florida Bar No: 991856
      GRACE A. CRAWFORD
      Florida Bar No: 85803
      COLE, SCOTT & KISSANE, P.A.
      Tower Place, Suite 400
      1900 Summit Tower Boulevard
      Orlando, Florida 32810 Primary
      Email:
      Jessica.Anderson@csklegal.com
      Secondary Email:
      barry.postman@csklegal.com
      Secondary Email:
      Grace.Crawford@csklegal.com
      Secondary Email:
      Cynthia.Acuna-Nelson@csklegal.com
      Telephone: (321) 972-0037
      Facsimile: (321) 972-0099
      Attorneys for Defendant, *Lake Saunders Pointe Homeowners Association Inc.*